# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ANTHONY CORNELIUS ROWE,

    Petitioner,

v.

BRUNO STOLC,

    Respondent.

CASE NO. C09-5770RJB/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This motion to proceed in forma pauperis is DENIED. Petitioner has until March 8, 2010, to pay the Five Dollar, $5.00, filing fee.

(3) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 16th day of February, 2010.

    _/s/ Robert J. Bryan_
    ROBERT J. BRYAN
    United States District Judge

ORDER - 1