UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY ROWE,<br><br>               Petitioner,<br><br>    v.<br><br>BRUNO STOLC,<br><br>               Respondent. | CASE NO. C09-5770RJB/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the United States Magistrate Judge J. Richard Creatura (Dkt. 19), the objections to the Report and Recommendation, and the remaining record (Dkt. 22), does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 19);

(2) The petition is **DISMISSED with prejudice** as time barred.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all claims asserted by petitioner in his habeas petition.

(4) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 12th day of October, 2010.

                                       /s/ Robert J. Bryan
                                       ROBERT J. BRYAN
                                       United States District Judge

ORDER - 1