# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY ROWE,

            v.

BRUNO STOLC,

JUDGMENT IN A CIVIL CASE

CASE NO. C09-5770RJB/JRC

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    THE COURT HAS ORDERED THAT

(1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 19);

(2)     The petition is **DISMISSED with prejudice** as time barred; and

(3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all claims asserted by petitioner in his habeas petition.

| October 13, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |